# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WELLS FARGO BANK, N.A. S/B/M TO
WACHOVIA BANK, N.A. F/K/A FIRST
UNION NATIONAL BANK

                  v.

BRYAN M. BAROSH AND
CHRISTOPHER A. BAROSH

PETITION OF: CHRISTOPHER A.
BAROSH

:  No. 210 MAL 2018
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.